IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CEDRIC ALLEN RICKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-15-350-C |
| | ) | |
| JIM MULLET, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Charles B. Goodwin, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Goodwin entered a Report and Recommendation on October 28, 2015, to which Plaintiff has timely objected. The Court therefore considers the matter de novo.

The Court has received a letter from Plaintiff which includes a laundry list of people, dates, and complaints, but fails to satisfy any of the deficiencies Judge Goodwin has noted from the outset. In short, this correspondence fails to raise any legal or factual matter which would permit a result contrary to the Recommendation of the Magistrate Judge.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, dismisses, without prejudice, this petition for habeas corpus relief.

IT IS SO ORDERED this 3rd day of December, 2015.

ROBIN J. CAUTHRON
United States District Judge